UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No.: 8:22-cv-02062-TPB-MRM

JESSEN VEGA, )
)
      Plaintiff(s), )
)
v. )
)
ZUDY SUPERMARKET INC. D/B/A )
FOOD TOWN MEAT MARKET (*et* )
*al*.), )
)
      Defendant(s). )
)
)

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JESSEN VEGA, and Defendants ZUDY SUPERMARKET INC. D/B/A and JOSE L. TEJADA, through their undersigned counsel, hereby advise the Court that the Parties have settled pending the drafting and execution of the parties' settlement agreement and approval of said FLSA settlement by the Court.

Respectfully submitted,

| | |
|---|---|
| **/s/ Warren D. Astbury** | **s/Julisse Jimenez** |
| Warren D. Astbury (FBN: 78056 ) | Julisse Jiménez (FBN: 65387) |
| Primary email: wastbury@caklegal.com | E-mail: julisse@saenzanderson.com |
| CANTRELL ASTBURY KRANZ, P.A. | SAENZ & ANDERSON, PLLC |
| 401 East Jackson Street, Suite 2340 | 20900 NE 30th Avenue, Ste. 800 |
| Tampa, Florida 33602 | Aventura, Florida 33180 |
| Telephone: 877.858.6868 Facsimile: 813.867.0116 | Telephone: (305) 503-5131 |
| | Facsimile: (888) 270-5549 |
| Counsel for Defendants | *Counsel for Plaintiff(s)* |